USCA1 Opinion

 

 January 20, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1101 THOMAS F. DOWD, Plaintiff, Appellant, v. GUNNING, LAFAZIA AND GNYS, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Thomas F. Dowd on brief pro se. ______________ Kevin S. Cotter on brief for appellees. _______________ ____________________ ____________________ Per Curiam. The judgment of dismissal is affirmed. ___________ Contrary to plaintiff's suggestion, his complaint was not "lodged" with the Clerk and thereafter rejected for "filing" upon denial of his application to proceed in forma pauperis; __________________ rather, the docket sheet reveals that it was filed on August 27, 1993. Contrary to his further suggestion, the order of dismissal here was not prompted by defendants' motion to dismiss; rather, it was entered, after appropriate notice, for failure to prosecute. And his argument that the district court was without power to enter an order of dismissal under these circumstances is frivolous. See, e.g., Fed. R. Civ. P. ___ ____ 41(b); 28 U.S.C. 1915(d). Affirmed. _________